UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR DEPONTE, | No. 2:25-cv-1515 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. SHEPARD, et al., | |
| Defendants. | |

    Plaintiff has filed a request for leave to file a third amended complaint. Good cause appearing, the request will be granted. Plaintiff is referred to the court's July 1, and September 2, 2025 orders as to the contents of his third amended complaint. Plaintiff is reminded that the court cannot refer to a prior pleading to make plaintiff's third amended complaint complete. Local Rule 220 requires that any amended complaint be complete in itself without reference to any prior pleading.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a third amended complaint (ECF No. 16) is GRANTED.
2. Plaintiff's second amended complaint is dismissed.
3. Plaintiff is granted thirty days to file a third amended complaint that complies with the requirements of this order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The third amended complaint must bear the docket number

1

assigned this case and must be labeled "Third Amended Complaint." Failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: October 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dupo1515.36